**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: WESTMAN, RONALD E. | § Case No. 09-73762 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 07/20/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  06/01/2011        By:  /s/JAMES E. STEVENS
                                                                                                  Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: WESTMAN, RONALD E.           § Case No. 09-73762
                                    §
                                    §
Debtor(s)                           §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 34,061.30 |
| *and approved disbursements of* | $ 1,346.63 |
| *leaving a balance on hand of* [1] | $ 32,714.67 |
| **Balance on hand:** | $ 32,714.67 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 32,714.67 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 4,156.13 | 0.00 | 4,156.13 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 2,471.00 | 0.00 | 2,471.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,627.13 |
| Remaining balance: | $ 26,087.54 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $       0.00
Remaining balance:  $   26,087.54

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $       0.00
Remaining balance:  $   26,087.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 134,105.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | 19,853.40 | 0.00 | 3,862.09 |
| 2 | FIA CARD SERVICES, NA/BANK OF AMERICA | 52,278.30 | 0.00 | 10,169.70 |
| 3 | PNC BANK | 61,973.72 | 0.00 | 12,055.75 |

Total to be paid for timely general unsecured claims:  $   26,087.54
Remaining balance:  $       0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 09-73762-MB
Ronald E. Westman Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3    User: lorsmith    Page 1 of 1    Date Rcvd: Jun 16, 2011
                   Form ID: pdf006    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2011.

```
db         +Ronald E. Westman,    345 Wallace Avenue,    Crystal Lake, IL 60014-7252
aty        +Richard T Jones,    666 Russel Court, #214,    Woodstock, IL 60098-2671
tr         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
             Rockford, IL 61108-2579
14393116   +Capital One,    1957 Westmoreland,    Post Office Box 26094,    Richmond, VA 23260-6094
14942945   +Centegra Memorial Medical Center,    POB 1990,    Woodstock IL 60098-1990
14393119   +Choice Visa,    c/o United Collection Bureau,    5620 Southwyck Blvd., #206,
             Toledo, OH 43614-1501
14393118    Choice Visa,    c/o Blatt, Hasenmiller, et al,    125 S. Wacker Dr., #400,    Chicago, IL 60606-4440
14393117    Choice Visa,    c/o Citibank,    PO BOX 6500,    Sioux Falls, SD 57117-6500
14393120   +FIA Card Services,    P.O. Box 15137,    Wilmington, DE 19850-5137
14393121    National City,    Post Office Box 856177,    Louisville, KY 40285-6177
14393122   +National City,    c/o Weltman, Weinberg & Reis,    525 Vine Street, #800,
             Cincinnati, OH 45202-3122
14393123   +National City Mortgage,    Attn: Bankruptcy Department,    3232 Newmark Drive,
             Miamisburg, OH 45342-5421
14393124   +National City Mortgage,    c/o Codilis & Assoc.,    15W030 N. Frontage Rd., #100,
             Burr Ridge, IL 60527-6921
14393125   +National City Mortgage,    c/o Codilis & Assoc.,    15W030 N. Frontage Street, #100,
             Burr Ridge, IL 60527-6921
14393126   +North C. L. Park Beach Imp. Assoc.,    c/o Jim Robrdantz, Reg. Agent,    136 Greenfield,
             Crystal Lake, IL 60014-5230
14922338   +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14597657   +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
14942946   +The Center for Neurology,    750 East Terra Cotta Suite A,    Crystal Lake IL 60014-3621
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14863619      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 17 2011 00:02:14
              FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
              Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 1
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*       +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
             Rockford, Il 61108-2579
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2011**            **Signature:** _/s/ Joseph Speetjens_