**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: WESTMAN, RONALD E.   § Case No. 09-73762
                            §
                            §
Debtor(s)                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $541,081.43 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $26,087.97 | Claims Discharged Without Payment: $122,429.44 |
| Total Expenses of Administration: $7,973.76 | |

    3) Total gross receipts of $ 34,061.73 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $34,061.73 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $440,446.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,973.76 | 7,973.76 | 7,973.76 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 86,045.95 | 134,105.42 | 134,105.42 | 26,087.97 |
| **TOTAL DISBURSEMENTS** | $526,491.95 | $142,079.18 | $142,079.18 | $34,061.73 |

4) This case was originally filed under Chapter 7 on August 31, 2009. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/14/2011           By: /s/JAMES E. STEVENS
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cash value life insurance policy-Prudential | 1129-000 | 10,275.41 |
| Cash value life insurance policy-Prudential | 1129-000 | 8,470.70 |
| Cash value life insurance policy-Prudential | 1129-000 | 1,813.12 |
| 2003 Jaguar X-Type; 65,000 miles-debtor's posses | 1129-000 | 2,000.00 |
| 1995 Chevrolet 1500 pickup truck; 68,000 miles-d | 1129-000 | 2,000.00 |
| 2003 Revtech kit 1000cc motorcycle-debtor's poss | 1129-000 | 9,500.00 |
| Interest Income | 1270-000 | 2.50 |
| **TOTAL GROSS RECEIPTS** | | **$34,061.73** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | National City Mortgage c/o Codilis & Assoc. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | National City Mortgage c/o Codilis & Assoc. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | National City Mortgage | 4110-000 | 109,800.00 | N/A | N/A | 0.00 |
| NOTFILED | North C. L. Park Beach Imp. Assoc. c/o Jim Robrdantz, | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | National City Mortgage | 4110-000 | 148,500.00 | N/A | N/A | 0.00 |
| NOTFILED | National City Mortgage | 4110-000 | 121,700.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED  National City | 4110-000 | 60,446.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $440,446.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 4,156.13 | 4,156.13 | 4,156.13 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 2,471.00 | 2,471.00 | 2,471.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.77 | 3.77 | 3.77 |
| Kegel Motorcycle Company | 3991-000 | N/A | 950.00 | 950.00 | 950.00 |
| Kegel Motorcycle Company | 3992-000 | N/A | 392.86 | 392.86 | 392.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 7,973.76 | 7,973.76 | 7,973.76 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 19,853.40 | 19,853.40 | 19,853.40 | 3,862.15 |
| 2 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 51,780.56 | 52,278.30 | 52,278.30 | 10,169.87 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | PNC BANK | 7100-000 | N/A | 61,973.72 | 61,973.72 | 12,055.95 |
| NOTFILED | Capital One | 7100-000 | 14,411.99 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 86,045.95 | 134,105.42 | 134,105.42 | 26,087.97 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73762  
**Case Name:** WESTMAN, RONALD E.  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 08/31/09 (f)  
**§341(a) Meeting Date:** 09/30/09  

**Period Ending:** 09/14/11  
**Claims Bar Date:** 01/07/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 3806 W. St. Pauls Ave., McHenry, | 170,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 137 Crystal Beach, | 130,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 345 Wallace Avenue, | 140,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account-Home State Bank | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous household goods & furnishings-debt | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary wearing apparel-debtor's possession | 400.00 | 0.00 | DA | 0.00 | FA |
| 7 | Cash value life insurance policy-Prudential | 7,838.19 | 7,838.19 | DA | 10,275.41 | FA |
| 8 | Cash value life insurance policy-Prudential | 4,484.24 | 4,484.24 | DA | 8,470.70 | FA |
| 9 | Cash value life insurance policy-Prudential | 854.00 | 1,813.12 | DA | 1,813.12 | FA |
| 10 | 401(k)-Fidelity Investments | 31,427.00 | 0.00 | DA | 0.00 | FA |
| 11 | 401(k)-WaMu | 9,742.00 | 0.00 | DA | 0.00 | FA |
| 12 | Roth IRA-American Funds | 6,233.00 | 0.00 | DA | 0.00 | FA |
| 13 | Roth IRA-Merrill Lynch | 10,331.00 | 0.00 | DA | 0.00 | FA |
| 14 | IRA-AIG | 12,472.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2003 Jaguar X-Type; 65,000 miles-debtor's posses | 5,500.00 | 2,000.00 | DA | 2,000.00 | FA |
| 16 | 1995 Chevrolet 1500 pickup truck; 68,000 miles-d | 1,500.00 | 2,000.00 | DA | 2,000.00 | FA |
| 17 | 2003 Revtech kit 1000cc motorcycle-debtor's poss | 5,000.00 | 5,000.00 | DA | 9,500.00 | FA |
| 18 | Computer & printer-debtor's possession | 200.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.50 | FA |
| 19 | Assets  Totals (Excluding unknown values) | $541,081.43 | $23,135.55 | | $34,061.73 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** August 31, 2010    **Current Projected Date Of Final Report (TFR):** May 31, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-73762 | **Trustee:** JAMES E. STEVENS (330420) |
| **Case Name:** WESTMAN, RONALD E. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******14-65 - Money Market Account |
| **Taxpayer ID #:** **-***3800 | **Blanket Bond:** $372,000.00 (per case limit) |
| **Period Ending:** 09/14/11 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/17/10 | | McHenry County FCU | equity in automobiles | | | 4,000.00 | | 4,000.00 |
| | {15} | | compromised 8/9/2010 | 2,000.00 | 1129-000 | | | 4,000.00 |
| | {16} | | compromised 8/9/2010 | 2,000.00 | 1129-000 | | | 4,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.09 | | 4,000.09 |
| 06/08/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73762, Bond #016018067 | | 2300-000 | | 3.77 | 3,996.32 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.23 | | 3,996.55 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.24 | | 3,996.79 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.23 | | 3,997.02 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.03 | | 3,997.05 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.03 | | 3,997.08 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.03 | | 3,997.11 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.03 | | 3,997.14 |
| 01/17/11 | {7} | Pruco Life Ins. Co. a Prudential Company | insurance proceeds | | 1129-000 | 10,275.41 | | 14,272.55 |
| 01/19/11 | {9} | The Prudentila Insurance Company | insurance proceeds | | 1129-000 | 1,813.12 | | 16,085.67 |
| 01/20/11 | | Kegel Motorcycle Company | payment sale of motorcycle | | | 8,157.14 | | 24,242.81 |
| | {17} | | gross amount received for sale of motorcycle | 9,500.00 | 1129-000 | | | 24,242.81 |
| | | | Commission paid to Kegel | -950.00 | 3991-000 | | | 24,242.81 |
| | | | expenses related to picking up cycle; detailing, etc. | -392.86 | 3992-000 | | | 24,242.81 |
| 01/25/11 | {8} | Prudential Insurance Company | payment on life insurance | | 1129-000 | 8,470.70 | | 32,713.51 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.11 | | 32,713.62 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.25 | | 32,713.87 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.27 | | 32,714.14 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.26 | | 32,714.40 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.27 | | 32,714.67 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.26 | | 32,714.93 |
| 07/20/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | | 1270-000 | 0.17 | | 32,715.10 |
| 07/20/11 | | To Account #9200******1466 | transfer to close money market account | | 9999-000 | | 32,715.10 | 0.00 |

Subtotals : $32,718.87    $32,718.87

{} Asset reference(s)    Printed: 09/14/2011 03:07 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-73762 | | **Trustee:** | JAMES E. STEVENS (330420) |
| **Case Name:** | WESTMAN, RONALD E. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******14-65 - Money Market Account |
| **Taxpayer ID #:** | **-***3800 | | **Blanket Bond:** | $372,000.00   (per case limit) |
| **Period Ending:** | 09/14/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 32,718.87 | 32,718.87 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 32,715.10 | |
| | | | **Subtotal** | | 32,718.87 | 3.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$32,718.87** | **$3.77** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-73762 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | WESTMAN, RONALD E. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******14-66 - Checking Account |
| Taxpayer ID #: | **-***3800 | | Blanket Bond: | $372,000.00  (per case limit) |
| Period Ending: | 09/14/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/20/11 | | From Account #9200******1465 | transfer to close money market account | 9999-000 | 32,715.10 | | 32,715.10 |
| 07/21/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $2,471.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,471.00 | 30,244.10 |
| 07/21/11 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $4,156.13, Trustee Compensation;  Reference: | 2100-000 | | 4,156.13 | 26,087.97 |
| 07/21/11 | 103 | PYOD LLC its successors and assigns as assignee of | Dividend paid  19.45% on $19,853.40; Claim# 1; Filed: $19,853.40; Reference: | 7100-000 | | 3,862.15 | 22,225.82 |
| 07/21/11 | 104 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid  19.45% on $52,278.30; Claim# 2; Filed: $52,278.30; Reference: | 7100-000 | | 10,169.87 | 12,055.95 |
| 07/21/11 | 105 | PNC BANK | Dividend paid  19.45% on $61,973.72; Claim# 3; Filed: $61,973.72; Reference: | 7100-000 | | 12,055.95 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 32,715.10 | 32,715.10 | $0.00 |
| | Less: Bank Transfers | | 32,715.10 | 0.00 | |
| | Subtotal | | 0.00 | 32,715.10 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $0.00 | $32,715.10 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******14-65 | 32,718.87 | 3.77 | 0.00 |
| Checking # 9200-******14-66 | 0.00 | 32,715.10 | 0.00 |
| | $32,718.87 | $32,718.87 | $0.00 |

{} Asset reference(s)                                                                                                                                    Printed: 09/14/2011 03:07 PM    V.12.57